**Patrick S. CRUISE, Petitioner,**

v.

**DEPARTMENT OF THE TREASURY, Respondent.**

**No. 01–3368.**

United States Court of Appeals, Federal Circuit.

Dec. 4, 2001.

## ORDER

The order of dismissal and the mandate issued on October 19, 2001, and the same hereby are, VACATED and RECALLED, and the petition for review is REINSTATED.

The petitioner's brief is due on February 4, 2002.